**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Foreign Economic Industrial Bank Limited, "Vneshprombank" Ltd.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 15-13534 (MG)<br>Chapter 15 |
| In re:<br>  Larisa Markus,<br><br>    Debtor in a Foreign Proceeding. | Case No. 19-10096 (MG)<br>Chapter 15 |
| Yuri Rozhkov and The State Corporation "Deposit Insurance Agency,"<br>                        Plaintiffs,<br>            v.<br><br>LARMAR Foundation; Ilya Bykov; BG Atlantic, Inc.; LM Realty 31B, LLC; LM Realty 31C, LLC; LM Realty 27D, LLC; LM Realty 24C, LLC; LM Realty 23H, LLC; LM Realty 20A, LLC; LM Realty 18 West, LLC; LM Realty 10C, LLC; LM Property Management LLC; Innovative Construction Group, Inc.; First Integrated Construction, Inc.; and Larisa Markus,<br>                        Defendants. | Adv. Pro. Case No. 19-01413 (MG) |

**DECLARATION OF SERVICE**

      I, KATE POPOVA, am over 18 years of age and am not a party to the above captioned proceedings. I am employed by Marks & Sokolov LLC, counsel for Plaintiffs, Yuri Rozhkov, the authorized Trustee and Foreign Representative of Larisa Markus, and

1

The State Corporation "Deposit Insurance Agency," the authorized Trustee and Foreign Representative of Foreign Economic Industrial Bank Limited "Vneshprombank" Ltd. (together, "Plaintiffs"). I hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. On February 26, 2020, I caused true and correct copies of the following to be served via U.S. first-class mail, postage fully pre-paid, on the service list attached hereto as <u>Exhibit A</u>:

    a. Third Foreign Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 12];

    b. Adversary Proceedings Complaint [Docket No. 1];

    c. Case Management and Scheduling Order #1 [Docket No. 3]; and

    d. Case Management and Scheduling Order #2 [Docket No. 10].

2. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Philadelphia, Pennsylvania

February 26, 2020                   */s/ Kate Popova*
                                                 KATE POPOVA

# EXHIBIT A
Service List

**BG ATLANTIC**
**c/o Ludmila Granik (sole shareholder) and**
**Ilya Bykov (Director/President)**
101 Greenwich Street
Suite 1202
New York, NY  10006

**BG ATLANTIC**
**c/o Ludmila Granik (sole shareholder) and**
**Ilya Bykov (Director/President)**
107 Mcveigh Ave.
Staten Island, NY 10314-6133

**BG ATLANTIC**
**c/o Ludmila Granik (sole shareholder) and**
**Ilya Bykov (Director/President)**
257 West 17TH Street,
Apt 8B
New York, NY 10011

**BG ATLANTIC**
**c/o Ludmila Granik (sole shareholder);**
**Alfred Granik (Authorized Representative/Director)  and**
**Ilya Bykov (Director/President)**
12 Palazzo Grande,
Morganville, NJ 07751

**BG ATLANTIC**
**c/o Ludmila Granik (sole shareholder) and**
**Ilya Bykov (Director/President)**
2775 E 16th St,
Brooklyn, NY 11235

**BG ATLANTIC**
**c/o Ludmila Granik (sole shareholder) and**
**Ilya Bykov (Director/President)**
25 Green Ridge Dr,
 Manalapan, NJ 07726

3