**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

| | |
|---|---|
| In re:<br>Foreign Economic Industrial Bank Limited,<br>"Vneshprombank" Ltd.,<br>  Debtor in a Foreign Proceeding. | Chapter 15<br>Case No. 16-13534 (MG) |

_____x

| | |
|---|---|
| In re:<br>Larisa Markus,<br>  Debtor in a Foreign Proceeding. | Chapter 15<br>Case No. 19-10096 (MG) |

_____x

| | |
|---|---|
| Yuri Rozhkov and The State Corporation<br>"Deposit Insurance Agency",<br>  Plaintiffs,<br>   v.<br>LARMAR Foundation; Ilya Bykov; BG Atlantic, Inc.; LM Realty 31B, LLC; LM Realty 31C, LLC; LM Realty 27D, LLC; LM Realty 24C, LLC; LM Realty 23H, LLC; LM Realty 20A, LLC; LM Realty 18 West, LLC; LM Realty 10C, LLC; LM Property Management LLC; Innovative Construction Group, Inc.; First Integrated Construction, Inc.; and Larisa Markus,<br>  Defendants. | **Adversary No. 19-01413** |

_____x

## **AFFIDAVIT OF SERVICE**

Attorney(s)       Marks & Sokolov LLC
Index #           **16-13534(MG)**
Purchased/Filed:  February 24, 2020
State of New York

19-01413

Court:            Bankruptcy- 19
County:           Southern Dist.

Amended

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Yuri Rozhkov and The State Corporation Deposit Insurance Agency

Plaintiff(s)

against

Larmar Foundation et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 yrs |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White | |
| | Hair color: Brown  Other: | |

___Robert Guyette___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on ___February 28, 2020___, at ___1:44pm___, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Third Summons and Notice of Pretrial Conference in an Adversary Proceeding with Case Management and Scheduling Order #2 with Case Management and Scheduling Order #1**

on

**BG Atlantic, Inc.**

the Defendant in this action, by delivering to and leaving with   ___Nancy Dougherty___
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   ___$40___   dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

3rd   day of   March 2020

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2006489
Attorney File #   **In re: Foreign Economic**