## RE: Wire instruction

**Bruce Marks** <marks@mslegal.com>
Wed 11/6/2019 1:13 AM

To: Dan Singer <dan@dasingerlaw.com>
Cc: Sergey Sokolov <ssokolov@mslegal.com>; Ksenia Polyakova <kpolyakova@mslegal.com>; Nina Khan <nkhan@mslegal.com>

Dan, we will take instruction. 550 park avenue is under the administration of the Markus FR.

**From:** Dan Singer <dan@dasingerlaw.com>
**Sent:** Wednesday, November 6, 2019 1:05 AM
**To:** Bruce Marks <marks@mslegal.com>
**Cc:** Sergey Sokolov <ssokolov@mslegal.com>; Ksenia Polyakova <kpolyakova@mslegal.com>; Nina Khan <nkhan@mslegal.com>; Dan Singer <dan@dasingerlaw.com>
**Subject:** RE: Wire instruction

Incorrect. Order clearly provides that the 3 million dollars from the UK proceed is to be paid over to you. That's it. I have already been through this with you. Order couldn't be clearer.

The Law Offices of Daniel A. Singer PLLC
630 3rd Avenue, 18th Floor
New York, New York 10017
Tel: (212) 569-7853
Fax: (212) 683-8332
dan@dasingerlaw.com
www.dasingerlaw.com

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any tax advice contained herein, including attachments, is not intended or written to be used and cannot be used by a taxpayer to (i) avoid tax penalties or (ii) promote, market or recommend a transaction or matter to another person.

Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail and delete this e-mail and attached files from your system. Thank you.

**From:** Bruce Marks <marks@mslegal.com>
**Sent:** Wednesday, November 06, 2019 12:55 AM
**To:** Dan Singer <dan@dasingerlaw.com>
**Cc:** Sergey Sokolov <ssokolov@mslegal.com>; Ksenia Polyakova <kpolyakova@mslegal.com>; Nina Khan <nkhan@mslegal.com>
**Subject:** RE: Wire instruction

Dan, your client was to wire the entire amount in the 550 park account. Where is the balance?

**From:** Dan Singer <dan@dasingerlaw.com>
**Sent:** Tuesday, November 5, 2019 2:42 PM

**To:** Bruce Marks <marks@mslegal.com>
**Cc:** Dan Singer <dan@dasingerlaw.com>
**Subject:** RE: Wire instruction

See attached wire receipt for 550 Park.

The Law Offices of Daniel A. Singer PLLC
630 3rd Avenue, 18th Floor
New York, New York 10017
Tel: (212) 569-7853
Fax: (212) 683-8332
dan@dasingerlaw.com
www.dasingerlaw.com

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any tax advice contained herein, including attachments, is not intended or written to be used and cannot be used by a taxpayer to (i) avoid tax penalties or (ii) promote, market or recommend a transaction or matter to another person.

Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail and delete this e-mail and attached files from your system. Thank you.

**From:** Bruce Marks <marks@mslegal.com>
**Sent:** Tuesday, November 05, 2019 2:04 PM
**To:** Dan Singer <dan@dasingerlaw.com>
**Subject:** Re: Wire instruction

I received the trust wire

-------- Original message --------
From: Dan Singer <dan@dasingerlaw.com>
Date: 11/5/19 11:36 AM (GMT-07:00)
To: Bruce Marks <marks@mslegal.com>, Dan Singer <dan@dasingerlaw.com>
Subject: FW: Wire instruction

The Law Offices of Daniel A. Singer PLLC
630 3rd Avenue, 18th Floor
New York, New York 10017
Tel: (212) 569-7853
Fax: (212) 683-8332
dan@dasingerlaw.com
www.dasingerlaw.com

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any tax advice contained herein, including attachments, is not intended or written to be used and cannot be used by a taxpayer to (i) avoid tax penalties or (ii) promote, market or recommend a transaction or matter to another person.

Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail

and delete this e-mail and attached files from your system. Thank you.

**From:** Dan Singer <dan@dasingerlaw.com>
**Sent:** Friday, November 01, 2019 1:25 PM
**To:** Bruce Marks <marks@mslegal.com>
**Cc:** Sergey Sokolov <ssokolov@mslegal.com>; Nina Khan <nkhan@mslegal.com>; Ksenia Polyakova <kpolyakova@mslegal.com>; Dan Singer <dan@dasingerlaw.com>
**Subject:** RE: Wire instruction

1. My understanding is that an application is being made for a stay
2. The order calls for 3 million from the 550 Park account which is the amount from the sale proceeds.
3. It is not "1.1 million" in my account. You have the exact amount.
4. Did you open a sub-account for him. I believe that is required.

The Law Offices of Daniel A. Singer PLLC
630 3rd Avenue, 18th Floor
New York, New York 10017
Tel: (212) 569-7853
Fax: (212) 683-8332
dan@dasingerlaw.com
www.dasingerlaw.com

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any tax advice contained herein, including attachments, is not intended or written to be used and cannot be used by a taxpayer to (i) avoid tax penalties or (ii) promote, market or recommend a transaction or matter to another person.

Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail and delete this e-mail and attached files from your system. Thank you.

**From:** Bruce Marks <marks@mslegal.com>
**Sent:** Friday, November 01, 2019 1:17 PM
**To:** Dan Singer <dan@dasingerlaw.com>
**Cc:** Sergey Sokolov <ssokolov@mslegal.com>; Nina Khan <nkhan@mslegal.com>; Ksenia Polyakova <kpolyakova@mslegal.com>
**Subject:** FW: Wire instruction

Dan:

Pursuant to yesterday's conversation and the Turnover Order, we demand the immediate transfer the $1.1 million in your escrow account and the $3.1 million in the 550 Park Avenue account (i.e. all funds held pursuant to the Freezing Order) to our IOLTA account to hold on behalf of Mr. Rozkkov, the Markus FR.

Please confirm whether this will be done. We believe a stay motion to stay the transfer would be frivolous and reserve the rights to seek attorney fees

if such is filed.

**From:** Yelena Kudrina <ykudrina@mslegal.com>
**Sent:** Friday, November 1, 2019 1:11 PM
**To:** Bruce Marks <marks@mslegal.com>
**Subject:** Wire instruction

Wire instruction
Bank Name: PNC Bank

Bank Address:
1600 Market Street
Philadelphia, PA 19103
USA

Swift Code: PNC CUS 33
ABA # 031 0000 53
Account # 860 471 4895

Address:

Marks & Sokolov, LLC
1835 Market St., suite 1717
Philadelphia, PA 19103
Tel. (215)569-8901
www.marks-sokolov.com


**Best Regards,**


**Yelena Kudrina**
**Office Manager/Accountant**
**Marks & Sokolov, LLC**
**215-569-8901**