# EXHIBIT A

TABLE OF SEARCH TERM RESULTS BASED ON SEARCH TERMS PROVIDED BY MARKS AND SOKOLOV ON SEPTEMBER 10, 2019

Abbreviations:

"Protax Email" = info@protaxservicesinc.com

"Bykov Email" = ilyabykov007@gmail.com

| Search Term | Number of Files on Network (T Drive) Containing Search Term | Size of Files (GB) Containing Search Term on Network (T Drive) | Number of Emails on Protax Email Containing Those Search Terms | Number of Emails on Protax Email Containing Those Search Terms Which Also Have Attachments | Number of Emails on Bykov Email Containing Those Search Terms | Number of Emails on Bykov Email Containing Those Search Terms Which Also Have Attachments |
|---|---|---|---|---|---|---|
| 550 Park | 415 | 0.270 | 40 | 16 | 3 | 3 |
| Bdbpitmans.com | 4 | 0.000 | 1 | 0 | 0 | 0 |
| BG Atlantic | 449 | 0.250 | 375 | 148 | 205 | 97 |
| dallasandcosolicitors.com | 7 | 0.002 | 0 | 0 | 0 | 0 |
| David Archer | 15 | 0.015 | 124 | 46 | 132 | 41 |
| Granik | 211 | 0.007 | 427 | 148 | 150 | 66 |
| jpclaw.co.uk | 2 | 0.005 | 15 | 10 | 18 | 10 |
| Perchekly | 95 | 0.036 | 186 | 48 | 153 | 33 |
| CT Portfolio | 41 | 0.020 | 203 | 60 | 61 | 27 |
| 44th Drive | 5 | 0.008 | 28 | 15 | 1 | 1 |
| bailletbouin.fr | 2 | 0.000 | 0 | 0 | 0 | 0 |
| Avenue Foch | 5 | 0.000 | 0 | 0 | 1 | 0 |
| Cepoun San Martin | 0 | 0.000 | 0 | 0 | 0 | 0 |
| SCI Boccador First | 28 | 0.055 | 13 | 5 | 12 | 8 |
| SCI Belle Epoque | 34 | 0.009 | 23 | 4 | 27 | 14 |

**TABLE OF SEARCH TERM RESULTS BASED ON SEARCH TERMS PROVIDED BY MARKS AND SOKOLOV ON SEPTEMBER 10, 2019**

Abbreviations:

"Protax Email"= info@protaxservicesinc.com

"Bykov Email"= ilyabykov007@gmail.com

| Term | | | | | | |
|---|---|---|---|---|---|---|
| SCI Belle Vue | 1 | 0.000 | 0 | 0 | 0 | 0 |
| SCI Foch 26 | 13 | 0.003 | 0 | 0 | 0 | 0 |
| Dzintaru | 84 | 0.006 | 16 | 6 | 7 | 2 |
| Elizabetes | 49 | 0.027 | 5 | 0 | 1 | 0 |
| Brivibas | 37 | 0.008 | 2 | 0 | 8 | 3 |
| Aber Business | 194 | 0.260 | 18 | 5 | 1 | 0 |
| Andrey Steblin | 102 | 0.020 | 193 | 66 | 6 | 1 |
| 10 Wea | 48 | 0.060 | 314 | 70 | 58 | 17 |
| Prolegal | 132 | 0.119 | 7 | 3 | 0 | 0 |
| Bluestonegrp.com | 15 | 0.022 | 6 | 1 | 6 | 0 |
| Latvia | 1,049 | 0.560 | 86 | 25 | 53 | 4 |
| France | 2,094 | 1.060 | 189 | 60 | 49 | 14 |
| Citibank | 7,634 | 2.570 | 578 | 162 | 74 | 10 |
| Signature Bank | 1,172 | 0.920 | 119 | 35 | 29 | 6 |
| Александр Лебедев | 11 | 0.006 | 3 | 1 | 22 | 1 |
| Али Аджина | 10 | 0.007 | 0 | 0 | 0 | 0 |
| Владислав Ситников | 10 | 0.007 | 0 | 0 | 0 | 0 |
| Внешпромбанк | 47 | 0.017 | 0 | 0 | 0 | 0 |
| ВПБ | 4 | 0.005 | 0 | 0 | 0 | 0 |
| Граник | 2 | 0.005 | 0 | 0 | 0 | 0 |
| Катя Йоффе | 1 | 0.005 | 0 | 0 | 0 | 0 |
| Лариса Ивановна | 31 | 0.017 | 0 | 0 | 0 | 0 |

# TABLE OF SEARCH TERM RESULTS BASED ON SEARCH TERMS PROVIDED BY MARKS AND SOKOLOV ON SEPTEMBER 10, 2019

**Abbreviations:**

"Protax Email" = info@protaxservicesinc.com

"Bykov Email" = ilyabykov007@gmail.com

| | | | | | | |
|---|---|---|---|---|---|---|
| Маркус | 87 | 0.135 | 20 | 8 | 0 | 0 |
| Сергей Рязанцев | 5 | 0.006 | 0 | 0 | 0 | 0 |
| Стеблин | 32 | 0.001 | 1 | 0 | 0 | 0 |
| TOTAL | 14,177 Files | 6.523 GB | 2,992 Emails | 942 Emails Containing Attachments | 1,077 Emails | 358 Emails Containing Attachments |