# Exhibit D

**NEW YORK COUNTY**
County Clerk and Clerk of the Supreme Court
**COURT AND TRUST FUND RECEIPT**

No. 50 - 0339

Date October 10th, 2019
Cashiers check
$415,086.66
Type of deposit

850252/17
Clerk's Index No.
(Always refer to this number)

40 Broad Street Portfolio, LLC, PLAINTIFF

Against

LM Realty 20A, LLC, Board of Managers of the Setai condominium et al. DEFENDANT

RECEIVED from Ricardo E. Oquendo, Esq.,

the sum of Four hundred fifteen thousand eighty six dollars and sixty six cents ($415,086.66)

pursuant to an Referee's report of sale.

filed in my office October 9th, 2019

Purpose: Surplus funds from foreclosure sale.

*If the deposit is of securities, state their nature and description.*

*State any contingency on the happening of which the amount due is determinable. Sec. 530, County Law.*

Names of persons for whose benefit deposited

Principal     $ 415,086.66
Interest      $
TOTAL..       $ 415,086.66

County Clerk and Clerk of the Supreme Court, N. Y. Co.
By _____ Cashier

The funds represented by this receipt will be transmitted to the Director of Finance of the City of New York pursuant to the provisions of Article 26 of the Civil Practice Law and Rules. Any inquiries regarding these funds should be addressed to the Director of Finance.

**EXHIBIT D TO SAULITIS AFFIRMATION**

DEPOSITOR'S COPY

FILED: NEW YORK COUNTY CLERK 01/17/2020 02:18 PM
NYSCEF DOC. NO. 38
INDEX NO. 850252/2017
RECEIVED NYSCEF: 01/17/2020

19-01413-mg   Doc 42-4   Filed 08/24/21   Entered 08/24/21 14:29:08   Exhibit D   Pg
3 of 3

```
New York County Clerk's Office
Paym 789637  10/10/2019  4:02p
Cashier MLEWIS Register # 9


Tr.1029488              $415,086.66
Court/Trust    ------------------------------
-311133
Court & Trust reciept #50-0339. Index #85025
2/17.

Total:                  $415,086.66

Check                   $415,086.66
```