# Exhibit E

FILED: NEW YORK COUNTY CLERK 02/03/2020 01:10 PM
NYSCEF DOC. NO. 82
INDEX NO. 850254/2017
RECEIVED NYSCEF: 02/03/2020
19-01413-mg    Doc 42-5    Filed 08/24/21    Entered 08/24/21 14:29:08    Exhibit E    Pg
2 of 3

# EXHIBIT A

Stock # 10069A

# NEW YORK COUNTY
## County Clerk and Clerk of the Supreme Court
### COURT AND TRUST FUND RECEIPT

No. 50 - 0327

Date August 08, 2019

Cashiers Check
$135,484.20
Type of deposit

40 Broad Street Portfolio, LLC
PLAINTIFF

Against

Lm Realty 24C, LLC et al
DEFENDANT

850254-17
Clerk's Index No.
(Always refer to this number)

RECEIVED from Elaine Shay, ESQ.
Referee

the sum of one hundred thirty five ($135,484.20)
Thousand four hundred eighty four and 20/100
dollars

If the deposit is of securities, state their nature and description.

pursuant to an Referee's Report of Sale

filed in my office August 8, 2019

Purpose: Surplus funds from foreclosure sale.

State any contingency on the happening of which the amount due is determinable. Sec. 530, County Law.

Names of persons for whose benefit deposited

135,484.20

135,484.20

County Clerk and Clerk of the Supreme Court, N. Y. Co.

By ................................ Cashier

New York County Clerk's Office
764070  08/08/2019  3:03p
Cashier CJDIAZ  Register # 7

094052        $135,484.20
t/Trust
11133
Court and trust receipt #50-0327 index# 850
2017

Total:        $135,484.20

Check        $135,484.20

l by this receipt will be transmitted to the Director of Finance of
pursuant to the provisions of Article 26 of the Civil Practice Law
iries regarding these funds should be addressed to the Director